IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00653-ZLW

MICHAEL A. CRUMPTON,

    Plaintiff,

v.

STEPHANI PODOLAK,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 18 2006

GREGORY C. LANGHAM
              CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On April 17, 2006, Plaintiff filed a "Motion to Transfer/Consolidate the Instant Action 05-cv-0000653-ZLW, With Pending Cases," and a "Motion Requesting Permission to File Amended Complaint." Because the United States Court of Appeals for the Tenth Circuit has not issued a Mandate in the appeal in the instant case, the Court lacks jurisdiction at this time to consider the Motions.

Dated: April 18, 2006

Copies of this Minute Order mailed on April 18, 2006, to the following:

Michael A. Crumpton
Reg. No. 27217-013
FCI – Beaumont
PO Box 26010
Beaumont, TX 77720-6010

_____
Secretary/Deputy Clerk