IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 31 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00653-ZLW

MICHAEL ANDRE CRUMPTON,

　　　Plaintiff,

v.

STEPHANI PODOLAK,

　　　Defendant.

---

ORDER REINSTATING AND ASSIGNING CASE

---

On May 16, 2006, the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit entered a Letter directing the Tenth Circuit's March 24, 2006, Order to issue as a Mandate of the Tenth Circuit in the instant action. In accordance with the March 24, 2006, Order the action will be reinstated. Accordingly, it is

ORDERED that the instant action is reinstated pursuant to the March 24, 2006, Order which has issued as the Mandate of the United States Court of Appeals for the Tenth Circuit in this case. It is

FURTHER ORDERED that this action shall be assigned to Judge Marcia S. Krieger, pursuant to D.C.COLO.LCivR 40.1, and to Magistrate Judge Patricia A. Coan.

DATED at Denver, Colorado, this 30 day of May, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00653-ZLW

Michael Andre Crumpton
Reg. No. 27217-013
FCI - Beaumont
P.O. Box 26010
Beaumont, TX 77720-6010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5-31-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk