IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02343-MSK-PAC (Consolidated With Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, City of Aurora, Colorado, Police Officer,
CITY OF AURORA, COLORADO,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE,
    COLORADO,
SA CLYDE A. LANGLEY, Officially and Individually,
SA RICKY V. WRIGHT, Officially and Individually,
MICHAEL W. WONN, Officially and Individually,
SA JOSEPH C. JOHNSON, Officially and Individually,
SA FRANK A. LOTURCO, Officially and Individually,
A.U.S.A. STEPHANIE PODOLAK, Officially and Individually,
OTHER KNOWN OR UNKNOWN AGENTS OR AGENCIES, Officially and Individually,

    Defendants.

---

Civil Action No. 05-cv-00653-MSK-PAC

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

STEPHANI PODOLAK,

    Defendant.

---

## ORDER GRANTING MOTION TO CONSOLIDATE

---

THIS MATTER comes before the Court on the Plaintiff's Motion to Consolidate **(#42)**

filed August 21, 2006.  The motion specifically asks the Court to consolidate Civil Action No. 05-cv-00653-MSK-PAC with Civil Action No. 05-cv-02343-MSK-PAC.  No opposition to the motion was timely filed by any party.  Having considered the motion, the Court

**ORDERS** that:

(1)     The Plaintiff's Motion to Consolidate **(#42)** is **GRANTED**.

(2)     In the future, all pleadings and documents shall be filed using the following caption:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00653-MSK-PAC (Consolidated With Civil Action No. 05-cv-02343-MSK-PAC and Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

       Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, City of Aurora, Colorado, Police Officer,
CITY OF AURORA, COLORADO,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE,
     COLORADO,
SA CLYDE A. LANGLEY, Officially and Individually,
SA RICKY V. WRIGHT, Officially and Individually,
MICHAEL W. WONN, Officially and Individually,
SA JOSEPH C. JOHNSON, Officially and Individually,
SA FRANK A. LOTURCO, Officially and Individually,
A.U.S.A. STEPHANIE PODOLAK, Officially and Individually,
OTHER KNOWN OR UNKNOWN AGENTS OR AGENCIES, Officially and Individually,

       Defendants.

Dated this 21st day of September, 2006

                                 **BY THE COURT:**

                                 Marcia S. Krieger
                                 United States District Judge