IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02343-MSK-PAC
(Consolidated with Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 1 2006

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT

This matter is before the court on plaintiff's *pro se* Second Amended Complaint, filed August 31, 2006. Plaintiff has been granted leave to proceed *in forma pauperis* under 28 U.S.C. §1915. The court, having reviewed the Second Amended Complaint and being fully advised,

HEREBY **ORDERS** that the United States Marshal shall serve a summons, copy of the Second Amended Complaint, and order granting leave to proceed pursuant to 28 U.S.C. §1915, **on defendants Langley, LoTurco, Johnson, and Podolak in their personal capacities**. Where appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d).

All costs of service shall be advanced by the United States.

Dated September 18, 2006.

                                      BY THE COURT:

                                      s/ Patricia A. Coan
                                      PATRICIA A. COAN
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02343-MSK-PAC

Michael Andre Crumpton
Reg. No. 27217-013
FCI – Beaumont
PO Box 26010
Beaumont, TX 77720-6010

US Marshal Service
Service Clerk
Service forms for: S/A Clyde A. Langley, S/A Frank A. Loturco, S/A Jospeh C. Johnson, and A.U.S.A. Stephanie Podolak,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The U.S. Marshal Service for service of process on S/A Clyde A. Langley, S/A Frank A. Loturco, S/A Jospeh C. Johnson, and A.U.S.A. Stephanie Podolak: SECOND AMENDED COMPLAINT FILED 8/31/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/21/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk