IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00653-MSK-PAC (Consolidated With Civil Action No. 05-cv-02343-MSK-PAC and Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, City of Aurora, Colorado, Police Officer,
CITY OF AURORA, COLORADO,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE,
    COLORADO,
SA CLYDE A. LANGLEY, Officially and Individually,
SA RICKY V. WRIGHT, Officially and Individually,
MICHAEL W. WONN, Officially and Individually,
SA JOSEPH C. JOHNSON, Officially and Individually,
SA FRANK A. LOTURCO, Officially and Individually,
A.U.S.A. STEPHANIE PODOLAK, Officially and Individually,
OTHER KNOWN OR UNKNOWN AGENTS OR AGENCIES, Officially and Individually,

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court on the Motion of Julia A. Bannon to Withdraw as Counsel **(#44 in 05-cv-2343-MSK-PAC).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion of Julia A. Bannon to Withdraw as Counsel **(#44 in 05-cv-2343-MSK-PAC) is GRANTED.** Julia A. Bannon is withdrawn as counsel of record for City of Aurora and Mark Finnin.

Dated this 29th day of September, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge