IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00654-MSK-PAC
(Consolidated with Civil Action No. 05-cv-02343-MSK-PAC
and Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, *et al.*,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Federal defendants shall file with the court, under seal, the last known home addresses of defendants Loturco, Langley and Johnson, **on or before November 13, 2006.** The United States Marshal was not able to serve those individuals at the Federal Bureau of Investigation office in Denver, Colorado.  It is

    **FURTHER ORDERED** that Plaintiff's Motion for Order Directing Bureau of Prisons to Assume the Cost of Plaintiff's Copying Expenses, filed October 16, 2006, is **DENIED.**

Dated:  October 24, 2006