IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00653-MSK-PAC
(Consolidated with Civil Action No. 05-cv-02343-MSK-PAC and Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, *et al.*,

    Defendants.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

IT IS HEREBY **ORDERED** that Plaintiff's "Motion for Sanctions, for Failure of Defendants to Comply with Federal Rules of Civil Procedure 11(a)" (Doc.#79) is **DENIED**.

The District of Colorado adopted Electronic Case Filing Procedures effective June 20, 2005. *See* D.C.COLO.LCivR 5.6. Pursuant to those procedures, "the login, password, and the ` /s signature'" serve as the filer's signature on all documents electronically filed with the court, and for purposes of the Federal Rules of Civil Procedure and the local rules of this court. *See* ECF Procedures (Civil Cases), Section V.C.3.

Further, to the extent plaintiff objects to the content of defendants' Answer, plaintiff failed to comply with the requirements of Fed.R.Civ.P. 11(c)(1)(A) before filing his motion.

Dated:  December 4, 2006