IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00653-MSK-PAC (Consolidated With Civil Action No. 05-cv-02343-MSK-PAC and Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

        Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, City of Aurora, Colorado, Police Officer,
CITY OF AURORA, COLORADO,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE,
      COLORADO,
SA CLYDE A. LANGLEY, Officially and Individually,
SA RICKY V. WRIGHT, Officially and Individually,
MICHAEL W. WONN, Officially and Individually,
SA JOSEPH C. JOHNSON, Officially and Individually,
SA FRANK A. LOTURCO, Officially and Individually,
A.U.S.A. STEPHANIE PODOLAK, Officially and Individually,
OTHER KNOWN OR UNKNOWN AGENTS OR AGENCIES, Officially and Individually,

        Defendants.

## ORDER

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Dismiss Defendant BOCC without prejudice **(#86).** The Court being fully advised in the

**ORDERS** that the Parties' Stipulated Motion to Dismiss Defendant BOCC without prejudice **(#86) is GRANTED.** Defendant BOCC is dismissed without prejudice from the above-captioned case.

      **IT IS FURTHER ORDERED** that each party is to pay its own attorney's fees, costs and expenses.

Dated this 7th day of December, 2006

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge