IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00653-MSK-PAC
(Consolidated with Civil Action No. 05-cv-02343-MSK-PAC and Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, *et al.*,

    Defendants.

## ORDER

O. Edward Schlatter, United States Magistrate Judge

This is a *pro se* prisoner civil rights action under 42 U.S.C. §1983. The matters before the court are Plaintiff's Motion to Compel Federal Defendants to Respond to Plaintiff's Admissions, Interrogatories and Document Request [Doc. #115; filed March 26, 2007] and Plaintiff's Motion to Compel City of Aurora (and Mark Finnin (in His Official Capacity)) to Respond Adequately, to Plaintiff's Admissions, Interrogatories and Document Request [Doc. #118; filed April 2, 2007].

Plaintiff moves to compel the federal defendants to respond to plaintiff's Request for Admission Nos. 2 and 3, Interrogatory Nos. 2 and 3, and Document Request No. 3 in Plaintiff's Amended Request for Admissions, Interrogatories and Document Request to Federal Defendants. I have carefully reviewed plaintiff's written discovery requests and the defendants' responses and objections thereto. I find that the federal defendants properly denied Request for Admission No. 2 and that their objections to Requests for

Admissions Nos. 2 and 3 are justified. I further find that defendants' response to Interrogatory No. 2 was responsive and that defendants' objection to Interrogatory No. 3 is valid. Finally, defendants represent that they have produced all responsive documents to Document Request No. 3 and plaintiff has failed to demonstrate otherwise.

Plaintiff next moves to compel the City of Aurora and Mark Finnin to respond to Interrogatory No. 2 and to Document Request Nos. 1 and 2 of Plaintiff's Amended Request for Admissions, Interrogatories and Document Request to City of Aurora and Mark Finnin. Upon careful review of plaintiff's discovery requests and the defendants' responses and objections thereto, I find that defendants' objections to Interrogatory No. 2 are valid. Plaintiff has failed to show that defendants' response to Interrogatory No. 2, subject to the stated objections, was inadequate. Further, defendants represent that there are no documents responsive to Document Request Nos. 1 and 2 and plaintiff has not demonstrated otherwise. Accordingly, it is

HEREBY **ORDERED** that Plaintiff's Motion to Compel Federal Defendants to Respond to Plaintiff's Admissions, Interrogatories and Document Request [Doc. #115; filed March 26, 2007] and Plaintiff's Motion to Compel City of Aurora (and Mark Finnin (in His Official Capacity) to Respond Adequately, to Plaintiff's Admissions, Interrogatories and Document Request [Doc. #118; filed April 2, 2007] are **DENIED**.

Dated May 4, 2007.

BY THE COURT:

s/ O. Edward Schlatter
O. EDWARD SCHLATTER
United States Magistrate Judge

2