IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00653-MSK-PAC (Consolidated With Civil Action No. 05-cv-02343-MSK-PAC and Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, City of Aurora, Colorado, Police Officer,
CITY OF AURORA, COLORADO,
SA CLYDE A. LANGLEY, Officially and Individually,
SA RICKY V. WRIGHT, Officially and Individually,
MICHAEL W. WONN, Officially and Individually,
SA JOSEPH C. JOHNSON, Officially and Individually,
SA FRANK A. LOTURCO, Officially and Individually,
A.U.S.A. STEPHANIE PODOLAK, Officially and Individually,
OTHER KNOWN OR UNKNOWN AGENTS OR AGENCIES, Officially and Individually,

    Defendants.

## ORDER TO FILE RESPONSES

THIS MATTER comes before the Court on two motions filed by Defendants in this consolidated action:

(1)    a motion to dismiss filed by Defendants City of Aurora and Mark Finnin on September 15, 2006 **(#58, filed in Civil Action No. 05-cv-02343)**; and

(2)    a motion to join in a motion for summary judgment filed by Defendants Clyde Langley, Frank LoTurco, and Joseph Johnson on December 11, 2006 **(#89)**.

As to each of these motions, the Court received and docketed no response from the Plaintiff. However, the Defendants filed replies in support of their motions after they received

responses from the Plaintiff.

**IT IS THEREFORE ORDERED** that on or before **August 6, 2007**, the **Defendants** shall file with the Court a copy of each response they received from the Plaintiff for the two motions described aboved.

Dated this 25th day of July, 2007

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge