IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00653-MSK-KLM
(Consolidated with Civil Action No. 05-cv-02343-MSK-KLM and Civil Action No. 05-cv-02555-MSK-KLM)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN,
SA CLYDE A. LANGLEY,
SA RICKY V. WRIGHT,
SA JOSEPH C. JOHNSON,
SA FRANK A. LOTURCO,
MICHAEL W. WONN,
    All in Their Official and Individual Capacities,
STEPHANI PODOLAK, in Her Official Capacity,
CITY OF AURORA,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Plaintiff's Motion for Permission to File Fourth Amended Complaint and Denial of Federal Defendants' Motion to Dismiss as Moot [Docket No. 159, Filed November 9, 2007] ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED in part**. To the extent that the motion requests leave to file a Fourth Amended Complaint, the motion is **granted**. Pursuant to Fed. R. Civ. P. 15(a), Plaintiff has shown that justice would be served by permitting the amendment. Plaintiff shall file his Fourth Amended Complaint no later than **November 20, 2007.** To the extent that the motion requests that Federal Defendants' Motion to Dismiss be denied as moot, the Motion to Dismiss is not pending before this Court, thus, the Court declines to rule on that portion of the motion.

Dated: November 13, 2007