IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00653-MSK-KLM (Consolidated With Civil Action No. 05-cv-02343-MSK-KLM and Civil Action No. 05-cv-02555-MSK-KLM)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN, Officially and Individually, City of Aurora, Colorado, Police Officer,
CITY OF AURORA, COLORADO,
SA CLYDE A. LANGLEY, Officially and Individually,
SA RICKY V. WRIGHT, Officially and Individually,
MICHAEL W. WONN, Officially and Individually,
SA JOSEPH C. JOHNSON, Officially and Individually,
SA FRANK A. LOTURCO, Officially and Individually,
A.U.S.A. STEPHANIE PODOLAK, Officially and Individually,
OTHER KNOWN OR UNKNOWN AGENTS OR AGENCIES, Officially and Individually,

    Defendants.

## ORDER DENYING MOTIONS, AS MOOT

THIS MATTER comes before the Court on a motion to dismiss claims in a Third Amended Complaint **(#149)**, a motion for an extension of time to respond to such motion **(#154)**, and a request to deny the motion to dismiss, as moot **(#159)**. In light of the Magistrate Judge's Order **(#161)** granting the Plaintiff leave to file a Fourth Amended Complaint,

**IT IS ORDERED** that the motion to dismiss claims in a Third Amended Complaint **(#149)** and the motion for an extension of time to respond to such motion **(#154)** are **DENIED**,

as moot.

Dated this 13th day of November, 2007

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge