# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00653-MSK-KLM (consolidated with Civil Action No. 05-cv-02343-MSK-KLM and Civil Action No. 05-cv-02555-MSK-KLM)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN, Officially and Individually,
CITY OF AURORA, COLORADO,
SA CLYDE A. LANGLEY, Officially and Individually,
SA JOSEPH C. JOHNSON, Officially and Individually,
SA FRANK A. LOTURCO, Officially and Individually,
AUSA STEPHANIE PODOLAK, Officially and Individually,
DOES 1 THROUGH 20,

    Defendants.

---

## ORDER DISMISSING
## DEFENDANTS WONN AND WRIGHT WITHOUT PREJUDICE

---

    This matter is before the Court on the Joint Motion to Dismiss Defendants Wonn and Wright Without Prejudice. Upon consideration of the motion, the Court finds that it should be granted. Accordingly, Defendants Wonn and Wright are hereby DISMISSED from this case without prejudice, each party to bear its own costs and fees.

    DATED this 4th day of January, 2008.

                                                    BY THE COURT:

                                                  Marcia S. Krieger
                                                  United States District Judge