IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00653-MSK-KLM
(Consolidated with Civil Action No. 05-cv-02343-MSK-KLM and Civil Action No. 05-cv-02555-MSK-KLM)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN,
SA CLYDE A. LANGLEY,
SA JOSEPH C. JOHNSON,
SA FRANK A. LOTURCO, and
AUSA STEPHANIE PODOLAK
    All in Their Official and Individual Capacities,
CITY OF AURORA,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion to Modify Scheduling Order and Extend Deadline for Joinder of Parties and Amendment of Pleadings [Docket No. 194; Filed January 28, 2008] ("Unopposed Motion").

    IT IS HEREBY **ORDERED** that the Unopposed Motion is **DENIED without prejudice**. Plaintiff's request to extend the deadline for joinder of parties and amendment of pleadings, which is tied to expiration of the stay of discovery as to Federal Defendants (SA Mark Finnin, SA Clyde A. Langley, SA Joseph C. Johnson, AUSA Stephanie Podolak), is premature. If the Motion to Dismiss [Docket No. 180] is still pending when the stay of discovery expires, or if the Motion to Dismiss has been denied, Plaintiff may move for this relief, and indeed other relief from the deadlines set forth in the Scheduling Order, at that time.

Dated: January 29, 2008