IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00653-MSK-KLM
(Consolidated with Civil Action No. 05-cv-02343-MSK-KLM and Civil Action No. 05-cv-02555-MSK-KLM)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN,
SA CLYDE A. LANGLEY,
SA JOSEPH C. JOHNSON,
SA FRANK A. LOTURCO, and
AUSA STEPHANIE PODOLAK
    All in Their Official and Individual Capacities,
CITY OF AURORA,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Federal Defendants' Unopposed Motion to Extend Stay of Discovery on Claims against Federal Defendants [Docket No. 208; Filed March 24, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court extends the stay imposed by its Order of January 23, 2008 [Docket No. 192] **for a period of thirty (30) days** from the date of this Order or until the Motion to Dismiss [Docket No. 180; Filed December 21, 2007] is resolved, whichever is sooner.

    Dated: March 27, 2008