IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00653-MSK-KLM
(Consolidated with Civil Action No. 05-cv-02343-MSK-KLM and Civil Action No. 05-cv-02555-MSK-KLM)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN,
SA CLYDE A. LANGLEY,
SA JOSEPH C. JOHNSON,
SA FRANK A. LOTURCO, and
AUSA STEPHANIE PODOLAK
    All in Their Official and Individual Capacities,
CITY OF AURORA,

    Defendants.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Federal Defendants' Unopposed Motion to Extend Stay of Discovery on Claims against Federal Defendants [Docket No. 211; Filed April 24, 2008] ("Motion to Extend Stay"). Plaintiff is not opposed to extending the stay, but asks that any extension be limited to thirty days. This matter is also before the Court on Federal Defendants' Unopposed Motion to Extend Dispositive Motion Deadline [Docket No. 213; Filed April 28, 2008] and Defendant City's Motion to Extend Dispositive Motion Deadline [Docket No. 215; Filed April 29, 2008] (collectively, "Motions to Extend").

    IT IS HEREBY **ORDERED** that the Motion to Extend Stay is **GRANTED**. The Court extends the stay imposed by its Order of January 23, 2008 [Docket No. 192] **for a period of thirty (30) days** from the date of this Order or until the Motion to Dismiss [Docket No. 180; Filed December 21, 2007] is resolved, whichever is sooner.

    IT IS HEREBY **ORDERED** that the Motions to Extend are **DENIED without prejudice**. The above-captioned case is stayed, including all deadlines set forth in the Scheduling Order. For the Court's efficiency, the Court orders that the dispositive motions deadline is stayed as to all parties. If the Motion to Dismiss is denied or the stay expires, the Court will extend deadlines set forth in the Scheduling Order upon the filing of an appropriate motion.

Dated:  April 30, 2008