IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00653-MSK-KLM
(Consolidated with Civil Action No. 05-cv-02343-MSK-KLM and Civil Action No. 05-cv-02555-MSK-KLM)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA MARK FINNIN,
SA CLYDE A. LANGLEY,
SA JOSEPH C. JOHNSON,
SA FRANK A. LOTURCO, and
AUSA STEPHANIE PODOLAK
    All in Their Official and Individual Capacities,
CITY OF AURORA,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Federal Defendants' Unopposed Motion to Extend Stay of Discovery on Claims against Federal Defendants [Docket No. 220; Filed May 30, 2008] ("Motion to Extend Stay").

    IT IS HEREBY **ORDERED** that the Motion to Extend Stay is **GRANTED**. The Court extends the stay of discovery imposed by its Order of January 23, 2008 [Docket No. 192] until the Motion to Dismiss [Docket No. 180] is resolved.

    Dated: June 2, 2008